B6D (Official Form 6D) (12/07)

In re **Ralf Horn**, Case No. **08-54753**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Comerica Bank<br>55 Almaden Blvd.<br>San Jose, CA 95113 | - | | 12/9/99<br>Deed of trust<br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 600,000.00 | 0.00 |
| Account No.<br><br>Donal A. Cochrane<br>19575 Arrowhead Ln.<br>Saratoga, CA 95070 | - | | 10/10/00<br>Deed of trust<br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 90,000.00 | 0.00 |
| Account No.<br><br>Donald & Pamela Cochrane<br>19575 Arrowhead Ln.<br>Saratoga, CA 95070 | - | | 10/10/00<br>Deed of trust<br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 242,000.00 | 0.00 |
| Account No.<br><br>Donald & Pamela Cochrane<br>19575 Arrowhead Ln.<br>Saratoga, CA 95070 | - | | 10/10/00<br>Deed of trust<br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 140,000.00 | 0.00 |

__3__ continuation sheets attached

Subtotal (Total of this page): **1,072,000.00**    **0.00**

In re **Ralf Horn**, Debtor      Case No. **08-54753**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Donald & Pamela Cochrane**<br>**As Trustee of the Cochrane Living Trust**<br>**19575 Arrowhead Ln.**<br>**Saratoga, CA 95070** | | - | 3/7/01<br><br>Deed of trust<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 2,214,250.00 | 585,191.90 |
| Account No.<br><br>**Donald & Pamela Cochrane**<br>**As Trustee of the Cochrane Living Trust**<br>**19575 Arrowhead Ln.**<br>**Saratoga, CA 95070** | | - | 10/10/00<br><br>Deed of trust<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 540,000.00 | 540,000.00 |
| Account No.<br><br>**EMC Mortgage Corporation**<br>**P.o. Box 660753**<br>**Dallas, TX 75266** | | - | 6/22/06<br><br>Deed of trust<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 2,500,000.00 | 0.00 |
| Account No.<br><br>**Employment Development Department**<br>**P.O. Box 944203**<br>**Sacramento, CA 94244** | | - | 1/23/02<br><br>Tax lien<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 27,553.61 | 27,553.61 |
| Account No.<br><br>**Gregory & Kathleen Marvin**<br>**5189 Selinda Ct.**<br>**Los Gatos, CA 95032** | | - | 8/22/01<br><br>Deed of trust<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $    6,000,000.00 | | | | 100,000.00 | 100,000.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    5,381,803.61    1,252,745.51

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Ralf Horn**, Case No. **08-54753**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Investment Grade Loans**<br>**475 S. San Antonio Rd.**<br>**Los Altos, CA 94022** | - | | 1/14/02<br>**Deed of trust**<br>**233 Forrester Rd.**<br>**Los Gatos, CA**<br>Value $ 6,000,000.00 | | | | 768,000.00 | 0.00 |
| Account No.<br>**Ken Tsumura**<br>**3204 Oakley Dr.**<br>**Los Angeles, CA 90068** | - | | 9/12/01<br>**Deed of trust**<br>**233 Forrester Rd.**<br>**Los Gatos, CA**<br>Value $ 6,000,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No.<br>**Kenneth & Jayne Tan**<br>**15680 Shannon Heights Rd.**<br>**Los Gatos, CA 95032** | - | | 9/7/01<br>**Deed of trust**<br>**233 Forrester Rd.**<br>**Los Gatos, CA**<br>Value $ 6,000,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No.<br>**Morteza & Nazy Ardalan**<br>**15002 Sperry Ln.**<br>**Saratoga, CA 95070** | - | | 7/27/01<br>**Deed of trust**<br>**233 Forrester Rd.**<br>**Los Gatos, CA**<br>Value $ 6,000,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No.<br>**New World Power Corporation**<br>**Electric Power Fund I, LLC**<br>**Frederick M. & Lucinda Bloom Trust**<br>**558 Lime Rock Rd.**<br>**Lakeville, CT 06039** | - | | 8/15/02<br>**Deed of trust**<br>**233 Forrester Rd.**<br>**Los Gatos, CA**<br>Value $ 6,000,000.00 | | | | 108,000.00 | 108,000.00 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 1,176,000.00 | 408,000.00

In re **Ralf Horn**, Case No. **08-54753**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Procraft, Inc.<br>930 Rincon Cr.<br>San Jose, CA 95131 | - | | 5/9/01<br><br>Abstract of judgment<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $ 6,000,000.00 | | | | 475,450.05 | 475,450.05 |
| Account No.<br><br>Santa Clara County Tax Asssessor<br>70 W. Hedding St.<br>San Jose, CA 95110 | - | | Real estate taxes<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $ 6,000,000.00 | | | | 30,941.90 | 0.00 |
| Account No.<br><br>Stephen Cooper<br>Unknown | - | | 4/5/06<br><br>Abstract of judgment<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $ 6,000,000.00 | | | | 1,993,130.86 | 1,993,130.86 |
| Account No.<br><br>William Totton<br>P.O. Box 5643<br>San Jose, CA 95150 | - | | 7/13/01<br><br>Deed of trust<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $ 6,000,000.00 | | | | 140,000.00 | 140,000.00 |
| Account No.<br><br>William Totton<br>P.O. Box 5643<br>San Jose, CA 95150 | - | | 2/4/02<br><br>Deed of trust<br><br>233 Forrester Rd.<br>Los Gatos, CA<br><br>Value $ 6,000,000.00 | | | | 23,000.00 | 23,000.00 |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 2,662,522.81 | 2,631,580.91

Total (Report on Summary of Schedules) | 10,292,326.42 | 4,292,326.42

# United States Bankruptcy Court
## Eastern District of California

In re  **Ralf Horn**  
Debtor(s)

Case No. **08-54753**  
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __10__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 4, 2008**　　　　Signature **/s/ Ralf Horn**  
　　　　　　　　　　　　　　　　　　　　**Ralf Horn**  
　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF CALIFORNIA**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Charles B. Greene 56275** | X **/s/ Charles B. Greene** | **September 4, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**84 W. Santa Clara Street
Suite 770
San Jose, CA 95113
408-279-3518**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Ralf Horn** | X **/s/ Ralf Horn** | **September 4, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) **08-54753** | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Eastern District of California

In re **Ralf Horn**  
Debtor(s)

Case No. **08-54753**  
Chapter **11**

## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **September 4, 2008**

**/s/ Charles B. Greene**  
Signature of Attorney  
**Charles B. Greene 56275**  
**Law Office of Charles B. Greene**  
**84 W. Santa Clara Street**  
**Suite 770**  
**San Jose, CA 95113**  
**408-279-3518   Fax: 408-279-4264**

Comerica Bank
55 Almaden Blvd.
San Jose, CA 95113


Donal A. Cochrane
19575 Arrowhead Ln.
Saratoga, CA 95070


Donald & Pamela Cochrane
19575 Arrowhead Ln.
Saratoga, CA 95070


Donald & Pamela Cochrane
As Trustee of the Cochrane Living Trust
19575 Arrowhead Ln.
Saratoga, CA 95070


EMC Mortgage Corporation
P.o. Box 660753
Dallas, TX 75266


Employment Development Department
P.O. Box 944203
Sacramento, CA 94244


Gregory & Kathleen Marvin
5189 Selinda Ct.
Los Gatos, CA 95032


Investment Grade Loans
475 S. San Antonio Rd.
Los Altos, CA 94022

```
Ken Tsumura
3204 Oakley Dr.
Los Angeles, CA 90068


Kenneth & Jayne Tan
15680 Shannon Heights Rd.
Los Gatos, CA 95032


Morteza & Nazy Ardalan
15002 Sperry Ln.
Saratoga, CA 95070


New World Power Corporation
Electric Power Fund I, LLC
Frederick M. & Lucinda Bloom Trust
558 Lime Rock Rd.
Lakeville, CT 06039


Procraft, Inc.
930 Rincon Cr.
San Jose, CA 95131


Santa Clara County Tax Asssessor
70 W. Hedding St.
San Jose, CA 95110


Stephen Cooper
Unknown


William Totton
P.O. Box 5643
San Jose, CA 95150
```