EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, # 148261
JOHN S. WESOLOWSKI, # 127007
EMILY S. KELLER, # 264983
Office of the United States Trustee
U. S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone: (408) 535-5525
Fax: (408) 535-5532

Attorneys for Sara L. Kistler
Acting United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RALF HORN,

Debtor.

Case No. 08-54753 MM

Chapter 7

[NO HEARING NECESSARY]

**STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR
FOR EXTENSION OF DEADLINES FOR FILING COMPLAINT
PURSUANT TO 11 U.S.C. SECTIONS 523(c) AND 727(a),
OR MOTION PURSUANT TO 11 U.S.C. SECTION 707(b)**

The United States Trustee ("UST") and the above-captioned debtor (the "Debtor"), by and through their undersigned counsel, hereby stipulate as follows:

1. The Debtor filed for chapter 11 protection on August 27, 2008. The case was converted to chapter 7 on September 8, 2009.

2. The deadline to file objections to the Debtor's discharge or motions to dismiss pursuant to 11 U.S.C. 707(b) is December 15, 2009.

3. The Debtor has agreed to provide certain documents to the UST with respect to his income and expenses, but has not yet done so.

4. In light of the foregoing, the UST and the Debtor have agreed to extend the deadline for entry of the Debtor's discharge for 90 days.

WHEREFORE, the UST and Debtor hereby stipulate and agree to an extension

Stipulation Between UST And Debtor For Extension Of Deadlines
For Filing Complaint Pursuant To 11 U.S.C. § 523 or 11 U.S.C. § 727(a),
Or Motion To Dismiss Case Pursuant To 11 U.S.C. § 707(b)

Case: 08-54753   Doc# 66   Filed: 12/11/09   Entered: 12/11/09 09:12:07   Page 1 of 2

of time until March 15, 2010 for the UST or any other party in interest to file a complaint pursuant to 11 U.S.C. Sections 523(c) and 727(a), or for the UST to file a motion pursuant to 11 U.S.C. Section 707(b).

Date: 12/09/09   By:   / s /  Charles B. Greene
                       Charles B. Greene
                       The Law Offices of Charles B. Greene
                       Attorney for Debtor

Date: 12/09/09   By:   / s /  Nanette Dumas
                       Nanette Dumas
                       Attorney for the United States Trustee

Stipulation Between UST And Debtor For Extension Of Deadlines
For Filing Complaint Pursuant To 11 U.S.C. § 523 or 11 U.S.C. § 727(a),
Or Motion To Dismiss Case Pursuant To 11 U.S.C. § 707(b)

Case: 08-54753   Doc# 66   Filed: 12/11/09   Entered: 12/11/09 09:12:07   Page 2 of 2

2