Entered on Docket
December 15, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed December 15, 2009

_____
Marilyn Morgan
U.S. Bankruptcy Judge

1  EDWINA E. DOWELL, # 149059
   Assistant U.S. Trustee
2  NANETTE DUMAS, # 148261
   JOHN S. WESOLOWSKI, # 127007
3  EMILY S. KELLER, # 264983
   Office of the United States Trustee
4  U. S. Department of Justice
   280 S. First Street, Suite 268
5  San Jose, CA 95113-0002
   Telephone: (408) 535-5525
6  Fax:       (408) 535-5532

7  Attorneys for Sara L. Kistler
   Acting United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RALF HORN,

Debtor.

Case No. 08-54753 MM

Chapter 7

[NO HEARING NECESSARY]

**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR FOR EXTENSION OF DEADLINES FOR FILING COMPLAINT PURSUANT TO 11 U.S.C. SECTIONS 523(c) AND 727(a), OR MOTION PURSUANT TO 11 U.S.C. SECTION 707(b)**

The Court, having considered the Stipulation Between United States Trustee and Debtor For Extension Of Deadlines For Filing Complaint Pursuant To 11 U.S.C. Sections 523(c) and 727(a) Or Motion Pursuant To 11 U.S.C. Section 707(b) (the "Stipulation"), and good cause appearing therefor,

**HEREBY ORDERS THAT**:

1) The Stipulation is approved; and

2) The deadline for the UST, or any other party in interest, to file a complaint pursuant to 11 U.S.C. Sections 523(c) and 727(a), or for the UST to file a motion pursuant to 11 U.S.C. Section 707(b), is extended from December 15, 2009 until March 15, 2010.

* * END OF ORDER * *

Order Approving Stipulation Between UST And Debtor For Extension Of Deadlines
For Filing Complaint Pursuant To 11 U.S.C. § 523 or 11 U.S.C. § 727(a),
Or Motion To Dismiss Case Pursuant To 11 U.S.C. § 707(b)

Case: 08-54753   Doc# 68   Filed: 12/15/09   Entered: 12/15/09 16:10:28   Page 1 of 2

Case: 08-54753   Doc# 68   Filed: 12/15/09   Entered: 12/15/09 16:10:28   Page 2 of 2

# COURT SERVICE LIST

| | |
|---|---|
| RALF HORN<br>233 FORRESTER RD.<br>LOS GATOS, CA 95032 | CHARLES B. GREENE, ESQ.<br>84 W. SANTA CLARA ST., STE 770<br>SAN JOSE, CA 95113 |
| MOHAMED POONJA<br>CHAPTER 7 TRUSTEE<br>P.O. BOX 1510<br>LOS ALTOS, CA 94023-1510 | EMC MORTGAGE CORP.<br>P.O. BOX 293150<br>LEWISVILLE, TX 75029-3150 |

ANDREW LEWIS / INVESTMENT GRADE LOANS, INC.
c/o MICHAEL E. STONE, ESQ.
3425 S. BASCOM AVE., STE 1
CAMPBELL, CA 95008

Order Approving Stipulation Between UST And Debtor For Extension Of Deadlines
For Filing Complaint Pursuant To 11 U.S.C. § 523 or 11 U.S.C. § 727(a),
On Motion To Dismiss Case Pursuant To 11 U.S.C. § 707(b)

2