# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: clcaban | Date Created: 12/15/2009 |
| Case: 08−54753 | Form ID: pdfeoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      Mohamed Poonja      mpoonja@sbcglobal.net
aty      Charles B. Greene      cbgattyecf@aol.com

                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ralf Horn      233 Forrester Rd.      Los Gatos, CA 95032
cr      EMC Mortgage Corporation      Attn: Bankruptcy Department      PO Box 293150      Lewisville, TX 75029−3150
9535175      Andrew A Lewis      c/o LAW OFFICE OF MICHAEL E. STONE      3425 S. Bascom Ave., Ste. I      Campbell, CA 95008

                                                                                      TOTAL: 3